In the Matter of the Claim of MARY CLAREMONT, Respondent, against OVID DE COSS et al., Appellants.

*Matter of Claremont* v. *De Coss*, 175 App. Div. 952, affirmed.
(Argued March 1, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

December 1, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law. The sole question on this appeal is whether or not there was any testimony before the commission upon which it might determine, against substantial evidence to the contrary, the relation of master and servant existed between De Coss and Claremont, deceased. Appellant claims decedent was an independent contractor.

*Andrew J. Nellis* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and HOGAN, J.